IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CAROLYN HARTAGE,                       *

     Plaintiff                 *
                                    CASE NO. 4:09-CV-48 (CDL)
vs.                                    *

MICHAEL J. ASTRUE, Commissioner        *
of Social Security
                                      *
     Defendant
                                      *

## ORDER ON REPORT AND RECOMMENDATION

The Report and Recommendation by the United States Magistrate Judge filed July 14, 2010, has been read and considered. No substantive objections have been made to the report, and, therefore, the Court reviews it for plain error. Finding no plain error, the Court adopts the Report and Recommendation by the Magistrate Judge, and accordingly, orders that this case be remanded for further administrative action consistent with the Recommendation by the Magistrate Judge.

IT IS SO ORDERED, this 30th day of August, 2010.

                                                  S/Clay D. Land
                                                      CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE